1  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
   Eric Danoff (60915)
2  49 Stevenson Street, Suite 400
   San Francisco, CA  94105
3  Telephone:     (415) 227-9455
   Facsimile:     (415) 227-4255
4  E-Mail:        edanoff@edptlaw.com

5  Attorneys for Plaintiff
   Stephan Sowash

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEPHAN SOWASH, | Case No.: C-13-04093-NC |
|---|---|
| Plaintiff, | **NOTICE OF DISMISSAL OF COMPLAINT WITH PREJUDICE** |
| vs. | |
| THE BARBARA SKLAR LIVING TRUST, | |
| Defendant. | |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), plaintiff Stephan Sowash dismisses the Complaint in this action with prejudice.

Dated: October 4, 2013          EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP


                                By        /s/ Eric Danoff
                                          Eric Danoff
                                Attorneys for Plaintiff
                                STEPHAN SOWASH

**EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP**
**49 Stevenson Street**
**Suite 400**
**San Francisco, CA  94105**

- 1 -

NOTICE OF DISMISSAL OF COMPLAINT WITH PREJUDICE
Case No.: C-13-04093-NC